

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2016

No. 04-16-00230-CV

**IN RE SEMGROUP CORP.,** Rose Rock Midstream, L.P., and Rose Rock Midstream Field Services, LLC

Original Mandamus Proceeding[1]

## ORDER

On April 13, 2016, relators filed a petition for writ of mandamus. The court has considered relator's petition, the response and reply of the parties and has determined that relators are entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. *See* TEX. R. APP. P. 52.8(c).

The Honorable Bill C. White is ORDERED to vacate the portion of his April 5, 2016 Order allowing the apex depositions of Norm Szydlowski and Pete Schweiring. The writ will issue only if we are notified that Judge White has not done so within ten days of the date of this order.

It is so **ORDERED** on June 1, 2016.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2016.

Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 15-01-13356-ZCV, styled *Maribel Rodriguez, et al. v. Rose Rock Midstream Field Services, LLC, et al*, pending in the 293rd Judicial District Court, Zavala County, Texas, the Honorable Bill C. White presiding.